IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| SEQUOIA FORESTKEEPER, CENTER FOR BIOLOGICAL DIVERSITY, and WESTERN WATERSHEDS PROJECT,<br><br>Plaintiffs,<br><br>v.<br><br>KEVIN ELLIOTT, in his official capacity as Forest Supervisor for the Sequoia National Forest of the U. S. Forest Service, and the UNITED STATES FOREST SERVICE,<br><br>Defendants. | No. 1:13-cv-01721-AWI-JLT<br><br>**ORDER GRANTING THE STIPULATION TO ADVANCE THE MANDATORY SCHEDULING CONFERENCE**<br><br>(Doc. 9) |

## ORDER

In consideration of the parties' stipulation and good cause appearing, the Court hereby advances the scheduling conference to **December 9, 2013 at 9:00 a.m.**

IT IS SO ORDERED.

   Dated:   **November 27, 2013**            /s/ Jennifer L. Thurston
                                                              UNITED STATES MAGISTRATE JUDGE