IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEQUOIA FORESTKEEPER, CENTER FOR BIOLOGICAL DIVERSITY, and WESTERN WATERSHEDS PROJECT,<br><br>     Plaintiffs,<br><br>    v.<br><br>KEVIN ELLIOTT, in his official capacity as Forest Supervisor for the Sequoia National Forest of the U.S. Forest Service, and the UNITED STATES FOREST SERVICE,<br><br>     Defendants.<br>_____/ | 1:13-cv-1721-AWI-JLT<br><br>**ORDER VACATING HEARING DATE AND TAKING MATTER UNDER SUBMISSION** |

On February 26, 2014, Plaintiffs Center for Biological Diversity, Sierra Forestkeeper, and Western Watershed Project filed a motion to for summary judgment pursuant to Federal Rule of Civil Procedure 56. On March 25, 2014, Defendants Kevin Elliott and the United States Forest Service, filed an opposition and cross-motion for summary judgment. Both motions were set for hearing on June 16, 2014. Plaintiffs thereafter filed their opposition to Defendants' cross-motion. Defendants filed their reply on April 25, 2014. Having reviewed the pleadings of record and all competent and admissible evidence submitted, the Court finds this matter suitable for decision without oral argument.  *See* Eastern District Local Rule 230(g).  The hearing date of June 16,

1

2014 is hereby VACATED and the parties shall not appear at that time. The Court will take the matter under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated:   June 11, 2014                                    /s/ signature
                                                          SENIOR DISTRICT JUDGE