# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SEQUOIA FORESTKEEPER, CENTER FOR BIOLOGICAL DIVERSITY and WESTERN WATERSHED PROJECT,**<br><br>**Plaintiffs,**<br><br>vs.<br><br>**KEVIN ELLIOTT, in his official capacity as Forest Supervisor for the Sequoia National Forest of the U.S. Forest Service, and the UNITED STATES FOREST SERVICE,**<br><br>**Defendants.** | **1:13-cv-1721 AWI JLT**<br><br>**ORDER FOR CLERK TO ENTER JUDGMENT AND CLOSE THE CASE** |

On September 25, 2014, the court issued a memorandum opinion and order granting summary judgment to Defendants Kevin Elliott and United States Forest Service against Plaintiffs Sequoia Forestkeeper, Center for Biological Diversity and Western Watershed Project. Doc. No. 37. On October 23, 2014, Plaintiffs filed a motion for reconsideration of the court's September 25 Order. On April 2, 2015, the Court denied reconsideration. Doc. No. 43. The summary judgment motion resolved the claims in this matter in favor of Defendants. With the denial of reconsideration, there are no further outstanding issues. Thus, the Court will order the Clerk to close this case and enter judgment.

Accordingly, IT IS HEREBY ORDERED that, in light of the Court's summary judgment order and order denying reconsideration, the Clerk shall CLOSE this case and enter judgment in favor of Defendants.

IT IS SO ORDERED.

Dated:   April 3, 2015                                            _____
                                                                                SENIOR  DISTRICT  JUDGE